MICHAEL J. YAMAGUCHI
United States Attorney
JOEL R. LEVIN
Chief, Criminal Division
D. ANTHONY WEST
Assistant United States Attorney

280 South First Street, Suite 371
San Jose, California  95113
Telephone:  (408) 535-5050

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-5-97-049 PVT |
| | CR-97-6045-MISC |
| Plaintiff, | |
| | DISMISSAL OF INFORMATION; |
| v. | ORDER OF DISMISSAL |
| | (~~Proposed~~) |
| EVERADO BARRAGAN VALENCIA, | |
| Defendant. | |

APPLICATION

Pursuant to Rule 48, Federal Rules of Criminal Procedure, and with the approval of the Court as indicated below, the United States now dismisses the 1997 Criminal Complaint as to defendant Everado Barragan Valencia.

Dated: Aug. 27, 1997

Respectfully submitted,

MICHAEL J. YAMAGUCHI
United States Attorney

D. ANTHONY WEST
Assistant United States Attorney

|  |  |
|---|---|
| 1 | <u>ORDER OF DISMISSAL</u> |
| 2 | SO ORDERED. The information as to defendant EVERARDO |
| 3 | BARRAGAN VALENCIA is dismissed without prejudice. |
| 4 | DATED: August 17, 2017 |

_____
U.S. Magistrate Judge
Nathanael Cousins